# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2033
LT Case No. 2019-DR-002035

_____

SARAH AFTAB MIAN F/K/A
SARAH ALI ASAD,

Appellant,

v.

ASAD ALI SHEIKH,

Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Michael J. Rudisill, Judge.

Sarah A. Mian, Lake Mary, pro se.

Asad Ali Sheikh, Sanford, pro se.

January 2, 2024

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., SOUD, and KILBANE, JJ., concur.

––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––